**GITLIN, HORN & VAN DE KIEFT LLP**

2095 Broadway
Suite 411
New York, NY 10023
T: (212) 514-5437
F: (212) 757-7042

Bruce Gitlin
Moshe Horn
Christopher M. Van de Kieft
*Attorneys at Law*
www.ghvlaw.com

April 20, 2022

*Via ECF*

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
NY, NY 10007

        Re:    *Resurrect by Night LLC v. Philipp Plein Americas, Inc., et al.*, No.1:21-cv-04948 (VSB), Request for Extension to File Default Judgment Against Defendants

Dear Judge Broderick:

      We represent the Plaintiff in the above-referenced copyright infringement matter. The case was filed on June 4, 2021. To date, none of the Defendants have appeared or answered. Per Plaintiff's complaint, the Defendants manufacture, advertise and sell a wide array of clothing that infringes upon two of Plaintiff's copyrighted designs. The Defendants advertise and sell the infringing products on multiple online platforms, reaching a worldwide audience.

      In early November 2021, counsel for Defendant Philipp Plein International AG contacted our office, and we began settlement talks. On January 24, 2022, the Court granted a request for a 90-day extension to file a default judgment so the Parties could continue to conduct settlement talks. ECF No. 35. During that extension, the Parties have held productive talks and have nearly resolved the matter. We write here to request an additional thirty-day extension to file a default judgment to bring this matter to a close. We expect that during this extension we will be able to notify the Court that an agreement has been reached.

      We thank Your Honor in advance for your attention to this matter.

                                        Respectfully submitted,

                                        /s/ Christopher M. Van de Kieft
                                        Christopher M. Van de Kieft