**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| RESURRECT BY NIGHT LLC, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO |
| Plaintiff, | **F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| PHILIPP PLEIN AMERICAS, INC., PP RETAIL USA, LLC, and PHILIPP PLEIN INTERNATIONAL AG, | Case No. 1:21-cv-04948 (VSB) |
| Defendants. | |

_____

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Resurrect by Night LLC and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Date: May 23, 2022

GITLIN, HORN AND VAN DE KIEFT LLP

/s/ Moshe Horn
Moshe Horn
2095 Broadway, Suite 411
NY, NY 10023
T: 212-514-5437
F: 212-757-7042
mhorn@ghvlaw.com